AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

**APPEARANCE**

v.

Case Number: 08MJ8021-PCL

ARIADNA BERENICE REYES-ORTA,

Defendant

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ARIADNA BERENICE REYES-ORTA

*I am co-counsel on this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/1/2008 | /s/ SHEREEN J. CHARLICK |
| Date | Signature |
| | Shereen J. Charlick / Federal Defenders of S    147533 |
| | Print Name                                      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467           (619) 687-2666 |
| | Phone Number            Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing Notice of Appearance is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U.S. ATTORNEY - CR**
Efile.dkt.gc2@usdoj.gov

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.
(No manual recipients)

Dated: February 1, 2008

/s/ Shereen J. Charlick
SHEREEN J. CHARLICK
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail:Shereen_Charlick@fd.org